# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT, WESTERN DIVISION

| | |
|---|---|
| UNITED FOOD GROUP, LLC, a California Limited Liability Company, | Case No. 2:11-CV-07752-MWF-AJW |
| Plaintiff, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| v. | |
| CARGILL, INC., a Delaware corporation; DOES 1 through 50, Inclusive, | Complaint Filed: July 15, 2011<br>Removal Filed: September 19, 2011 |
| Defendant. | |

## ORDER

Defendant Cargill, Inc. in the above-entitled action and Third Party Safeway Inc. jointly stipulated to a protective order, as disclosure and discovery activity in this action may involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation would be warranted.

///
///
///
///

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING STIPULATED
PROTECTIVE ORDER    CASE NO. 2:11-CV-07752-MWF-AJWx
4817-8487-0928.2

After considering the parties' stipulated protective order, the Court finds good cause to grant the parties' request.

**IT IS SO ORDERED.**

Dated: December  7 , 2012

Hon. Andrew J. Wistrich
U.S. Magistrate Judge
United States District Court

- 2 -

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING STIPULATED
PROTECTIVE ORDER                                    CASE NO. 2:11-CV-07752-MWF-AJWx
4817-8487-0928.2