# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT, WESTERN DIVISION

| | |
|---|---|
| UNITED FOOD GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CARGILL, INC., a Delaware corporation; DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No. 2:11-CV-07752-FMO-AJW<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: July 15, 2011<br>Removal Filed: September 19, 2011 |

## ORDER

The parties in the above-entitled action jointly stipulated to a protective order, as disclosure and discovery activity in this action may involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation would be warranted.

///

///

///

///

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

CASE NO. 2:11-CV-07752-FMO-AJWx

4817-8487-0928.1

After considering the parties' stipulated protective order, the Court finds good cause to grant the parties' request.

**IT IS SO ORDERED.**

Dated: February 4, 2013

Hon. Andrew J. Wistrich
United States Magistrate Judge

- 2 -

[PROPOSED] ORDER GRANTING STIPULATED
PROTECTIVE ORDER                                              CASE NO. 2:11-CV-07752-FMO-AJWx
4817-8487-0928.1

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES